**Dismissed and Opinion Filed November 9, 2016**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-16-00879-CV

## IN THE INTEREST OF B.A.F. AND L.M.F., Children

**On Appeal from the 469th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 469-54940-2009**

## MEMORANDUM OPINION

Before Chief Justice Wright, Justice Lang-Miers, and Justice Stoddart
Opinion by Chief Justice Wright

Before the Court is appellant's October 28, 2016 motion to dismiss this appeal. In the

motion, appellant states she no longer wishes to appeal this matter. We grant appellant's motion

and dismiss this appeal. *See* TEX. R. APP. P. 42.1(a)(1).


/Carolyn Wright/
CAROLYN WRIGHT
CHIEF JUSTICE


160879F.P05



## Court of Appeals
## Fifth District of Texas at Dallas

# JUDGMENT

IN THE INTEREST OF B.A.F. AND
L.M.F., Children

No. 05-16-00879-CV    V.

On Appeal from the 469th Judicial District
Court, Collin County, Texas
Trial Court Cause No. 469-54940-2009.
Opinion delivered by Chief Justice Wright,
Justices Lang-Miers and Stoddart
participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

It is **ORDERED** that appellee Brent Foxworth recover his costs of this appeal, if any, from appellant Kecia Foxworth.

Judgment entered November 9, 2016.